UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**UNITED STATES**

v.                    405CR059

**MARTIN J. BRADLEY III, et al.**

## ORDER

The Court *DENIES* defendant Albert Tellechea's motion for bond pending appeal. Doc. # 911.

This ___ day of April, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA