# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. CR405-59

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 16  PM 3: 25

CLERK_____
SO. DIST. OF GA.

THE UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARTIN J. BRADLEY, III; MARTIN J. BRADLEY, JR.; JOSE A. TRESPALACIOS; EDWIN RIVERA, JR.; ALBERT L. TELLECHEA; MARLENE C. CACERES; STEPHEN B. GETZ; SARA E. GRIFFIN; and BIO-MED PLUS, INC.,

    Defendants.
_____/

## PROPOSED
## ORDER GRANTING RECEIVER'S MOTION FOR ORDER APPROVING RECOMMENDED DISPOSITION OF CLAIMS AND AUTHORIZING PAYMENT OF ALLOWED CLAIMS

THIS CAUSE came before the Court upon the Receiver's Motion For Order Approving Recommended Disposition Of Claims and Authorizing Payment of Allowed Claims ("Motion"). The Motion, having been filed with this Court and duly served upon all interested parties and claimants; and the Court, having reviewed the Motion and good cause appearing therefore, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1. The Receiver's recommended dispositions of Proofs of Claims are approved.

    a. The Effingham County Tax Commissioner's Proof of Claim is allowed in the amount of $5,285.73.

b. The Liberty County Tax Commissioner's Proof of Claim is allowed in the amount of $455.02.

c. Diamond Blue Pool & Spa, LLC's Proof of Claim shall be reduced by $87.36 and is allowed in the amount of $87.36

d. Kimberly Ann Wingard Wrisley's Proof of Claim shall be reduced by $350 and is allowed in the amount of $140.

e. Sunset Island Homeowners Association, Inc.'s Proof of Claim is allowed in the amount of $36,461.58, and if the Receiver closes the sale of the Key West Property before the date the Forfeiture Judgment is satisfied, payment of the Proof of Claim shall be prorated between Britt's Building Blocks, Inc. and the buyer and paid from the proceeds of the sale. If the Receiver does not close the sale or, if a closing does not occur by the date the Forfeiture Judgment is satisfied and the Forfeiture Defendants elect to keep the property, a decision on payment shall be determined when it is brought before the Court by the Receiver for determination.

f. The Chatham County Tax Commissioner's Proof of Claim shall be reduced by $6,673.10 and is allowed in the amount of $29,524.06.

g. The claim presented to the Receiver by Euler Hermes UMA shall be treated as a Proof of Claim, shall be reduced by $568.84, and is allowed in the amount of $2,844.22.

h. The Miami-Dade County Tax Collector's Proof of Claim is disallowed in its entirety without prejudice to the Miami-Dade Tax Collector to assert claims for personal property taxes (estimated for $30,559.53) and local business taxes ($262.50) against Bio-Med.

i. Pc Advice & Associates, Inc.'s Proof of Claim is disallowed in its entirety.

2. The Receiver is authorized and directed to pay allowed Proofs Of Claims within seven days after the entry of this Order, except Sunset Island Homeowners Association, Inc.'s Proof of Claim, which shall be paid as set forth in paragraph 1.e. above.

This  16  day of September, 2007.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Doc# 493532